UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

CR-16-09 -GF-BMM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHERL LYNN LITTLE DOG,<br><br>Defendant. | ORDER |

IT IS HEREBY ORDERED that meals and/or lodging be provided for the jurors in the above entitled case.

DATED 17th day of October, 2016.

_____
Brian Morris
United States District Court Judge