# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **CHERYL LYNN LITTLE DOG,** Defendant. | **CR 16-09-GF-BMM** **ORDER** |

On motion of the United States and for good cause appearing,

IT IS ORDERED that Exhibit 2 to the United States' motion to unseal—the caption, page 155, and the reporter's certification of this Court's October 17, 2016, voir proceedings—shall be unsealed.

Dated this 18th day of January, 2018.

_____
Brian Morris
United States District Court Judge

1