# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **CHERYL LYNN LITTLE DOG,** Defendant. | CR 16-09-GF-BMM **ORDER** |

Upon the United States' motion, and for good cause shown,

IT IS ORDERED, pursuant to Fed. R. Crim. P. 48(a), the United States' motion to dismiss the Indictment against Cheryl Lynn Little Dog is GRANTED.

DATED this 4th day of March, 2019.

_____
Brian Morris
United States District Court Judge